UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK DAVIS, Inmate #03077803, | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-21-4073 |
| HARRIS COUNTY JAIL, | § § § | |
| Defendant. | § § § | |

## ORDER FOR MORE DEFINITE STATEMENT

The plaintiff, Patrick Davis (Inmate #03077803), has filed a Prisoner's Civil Rights Complaint under 42 U.S.C. § 1983, concerning an assault that occurred while he was an inmate at the Harris County Jail. (Dkt. 1). So that the Court can properly evaluate the merits of this case, the plaintiff is hereby **ORDERED** to submit a more definite statement of the facts involved in this action by filing a written response to the questions posed below **within thirty (30) days** of the date of this order:

### QUESTIONS

1. Your complaint concerns an incident that occurred when you were in custody at the Harris County Jail (the "Jail") in January 2021. Answer the following questions about your confinement in the Jail in 2021:

    a. What charges were pending against you in 2021? Please explain and,

if possible, provide the case number and the court where those charges are pending.

b. When were you arrested and admitted to the Jail on these charges?

c. At the time of your arrest, were you on probation or parole for a previous conviction? If so, please explain.

d. Were you convicted of these charges? If so, provide the date that you were convicted and the sentence that you received.

e. If you were convicted of these charges, please provide the date that you were transferred from the Jail to TDCJ.

2. You allege that you were attacked by either 8 or 11 people at the Jail on January 12, 2021. Answer the following questions about this incident:

    a. Who attacked you? If you were attacked by inmates, provide the full name and ID number of each inmate who attacked you if possible. If you were attacked by Jail staff, provide the full name and rank of each staff member who attacked you.

    b. Fully describe the situation immediately before the assault occurred.

    c. If you know, why did these people attack you? If the attack was related to gang membership, please explain.

3. Your Complaint lists the following individuals: (a) Khristian Arreguin; (b) Keron Casanova; (c) Clarke Gilmore; (d) Juan Hernandez; (e) Dewaine

Litchfield; (f) Michael Meadows; (g) Lanard Morrison; and (h) Brodrick Pappillion. Please identify whether <u>each</u> of these individuals are inmates or Jail staff members and what each of them <u>personally</u> did as part of the assault.

4. At the time the assault occurred, what was your custodial classification or level? Were you in administrative segregation? If so, please explain why.

5. What area of the Jail were you assigned to at the time of the assault?

6. What area of the Jail did the assault occur in?

7. What, if anything, happened to the inmates or staff members who assaulted you? Were they charged with a disciplinary violation? If so, what happened (if you know)?

8. Describe in detail what injuries you sustained as a result of the assault?

9. What medical treatment have you received for your injuries to date, if any?

10. Were you hospitalized? If so, for how long?

11. What is your medical condition now?

12. Before the assault, did you receive any threat from the inmate(s) or staff members who attacked you? If so, fully explain what threats were made to you.

13. For <u>each</u> threat that was made against you by <u>each</u> inmate or Jail staff member, if any, answer the following:

   a. When was each threat made? Give specific dates.

b. Did you complain about this threat? If so, did you complain orally or in writing?

c. If you complained, who did you complain to about these threats?

d. If you complained, when did you complain about the threats? Give specific dates.

e. What response, if any, to your complaints did you receive?

14. If you were assaulted by other inmates, please answer the following questions:

   a. Did you complain to Jail staff about this assault? If so, did you complain orally or in writing?

   b. If you complained, who did you complain to about the assault?

   c. If you complained, when did you complain about the assault? Give specific dates.

   d. What response, if any, to your complaints did you receive?

15. If you know, state whether any of the inmates or staff members who assaulted you were disciplined as a result of the assault that occurred on January 12, 2021.

16. If you were assaulted by inmates, are any of the inmates who assaulted you still housed at the Jail? If they are, please identify by name which inmates are still housed there and state whether they are housed in the same area of the Jail where you are located and provide his cell assignment (if you know it).

17. If you were assaulted by Jail officials, identify which Jail officials are still there and state whether they are assigned to the same area of the Jail where you are located.

18. Your complaint names the Harris County Jail as a defendant. Please explain why you believe that the Jail is responsible for the assault.

19. Do you believe that there are specific Jail officials who are responsible for the assault? If so, please provide the name and rank of <u>each</u> Jail official you think is responsible and explain what <u>each</u> official did that makes him or her personally responsible for the assault.

20. Do you claim that the Jail failed to conduct an adequate investigation of any threats you reported? If so, fully explain what you mean by this.

21. Have you received any disciplinary cases while you have been in the Jail? If so, answer the following questions:

    a. Describe with detail the charges filed against you, including the case number, the offense charged, and the name of the charging officer.

    b. Did you have a disciplinary hearing? If so, when did the disciplinary hearing occur?

    c. Were you found guilty of the charges? If so, provide the date of conviction and state what punishment you received. If you lost any previously earned good time credits, state how much credit you lost.

d. If you were found guilty of the disciplinary charges, have you filed an appeal? If an appeal was filed, what result, if any, have you received?

e. Have you filed any other lawsuits regarding the assault that forms the basis for your Complaint in this case? If so, please explain.

22. List all the lawsuits, of any nature, you have ever filed in state and federal court, including the case number, full case name (including all parties), type of case, and the outcome.

23. What is your date of birth?

24. State, in complete form, all names you have ever used or been known by, including any and all aliases. Separately list any and all names you have used for any lawsuits you have ever filed.

25. List all TDCJ identification numbers you have ever been assigned and all other jail and state or federal prison numbers ever assigned to you (for example, county jail SPN numbers, federal prison register numbers, etc.). For all numbers listed, identify the particular institution that assigned the number.

26. List all of the offenses for which you have been convicted and the dates those convictions were entered. Did any of those include a finding that a deadly weapon was used to commit the offense?

## INSTRUCTIONS

The plaintiff is admonished to heed the following instructions with care. The

plaintiff's response is due **thirty (30) days** from the date of this order as shown below. The plaintiff is instructed to label his response "<u>Plaintiff's More Definite Statement</u>" and to include the correct Civil Action Number as shown above in the style of this case.

The plaintiff is directed to answer the foregoing questions to the best of his ability based on personal knowledge and the information available to him. He is further advised that legal research or resort to a review of prison records is not required. The plaintiff is instructed to submit his responses to the foregoing questions by copying each question as posed by the Court and then writing the answer as neatly as possible underneath each question in numbered paragraphs corresponding to the question being answered. The plaintiff must also include somewhere in his response the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

No summons will issue until the Court has completed an evaluation of the plaintiff's response to the foregoing questions. <u>The plaintiff's failure to comply as directed may result in the dismissal of this action for want of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure without further notice</u>.

The Clerk will provide a copy of this Order for More Definite Statement to

the plaintiff.

SIGNED at Houston, Texas, on this 21st day of December, 2021.

                                                                   _____
                                                                       DAVID HITTNER
                                                               United States District Judge