United States Courts
Southern District of Texas
FILED

JAN 03 2022

Nathan Ochsner, Clerk of Court

12-27-2021

In regards to case number 4:21-cv-04073 I Patrick Davis does not wish to prosecute this civil action any further due to not wanting to pay the balance of the fee. Thank you

sincerly, Patrick Davis

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Patrick Davis
SPN: 03077803  Cell: 6F2
Street 1200 Baker St
HOUSTON, TEXAS 77002



**INDIGENT**



United States Courts
Southern District of Texas
FILED
JAN 03 2022
Nathan Ochsner, Clerk of Court

Clerk of Court
P.O. Box 61010
Houston, TX 77208

7720861010 B001